IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:14cr33 |
| | ) | **Electronic Filing** |
| **KIRK NESSET** | ) | |

## CHANGE OF PLEA

I, Defendant KIRK NESSET, plead GUILTY to Counts 1, 2 and 3 in open Court this 6th day of April, 2015.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)