IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:14cr33 |
| | ) | **Electronic Filing** |
| **KIRK NESSET** | ) | |

**CHANGE OF PLEA HEARING**
**Before Judge David Stewart Cercone**

| | |
|---|---|
| Appear for Government: | Christian Trabold, AUSA |
| Appear for Defendant: | Meagan Temple, Esquire |
| Hearing date: | April 6, 2015 |
| Hearing begun: | 10:45 a.m. |
| Hearing concluded: | 11:45 a.m. |
| Stenographer: | Ronald Bench |
| Law Clerk/Deputy Clerk: | Mark Mohney/Nicole Kierzek |

REMARKS:   Defendant sworn and found competent.  Defendant acknowledged that he understood the rights being waived, the elements of the offense(s), the government's burden of proof, all applicable minimum and maximum penalties, and the court's consideration of the United States Sentencing Guidelines.  Sidebar conference held; proceedings at sidebar placed under seal.  The court found a factual basis to accept the plea. The defendant knowingly and voluntarily entered a change of plea of GUILTY to Counts 1, 2 and 3.  Presentence investigation report ordered.  Sentence set for 8/10/15 at 2:15 p.m.  Defendant continued on bond pending his surrender to the Marshal Service to commence service of sentence in approximately 30 days.